**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**PROVIDENCE YOUTH STUDENT**
**MOVEMENT (PrYSM),**
    *Plaintiff*

v.                                                    **Civil Action No. 1:19-cv-00378-WES-PAS**

**JORGE ELORZA, alias, in his individual**
**and official capacity as Mayor of Providence,**
**STEVE PARÉ, in his individual and official**
**capacity as Public Safety Commissioner,**
**HUGH CLEMENTS, alias, in his individual**
**and official capacity as Chief of Police, and**
**the CITY OF PROVIDENCE, by and through**
**its Treasurer, James J. Lombardi, III**
    *Defendants*

## STIPULATION

It is agreed by and between the parties that Defendants shall have up to and including November 14, 2019 within which to file their reply to Plaintiff's Response Objecting to Defendants' 12(b)(6) Motion to Dismiss (ECF #10).

| Attorney for the Plaintiff, | Attorneys for the Defendants, |
|---|---|
| /s/Shannah Kurland | /s/Steven B. Nelson |
| Shannah Kurland, Esquire (#9186) | Steven B. Nelson, Esquire (#8142) |
| 149 Lenox Avenue | /s/Sharon G. Garner |
| Providence, RI 02907 | Sharon Gilmore Garner, Esquire (#7246) |
| | City of Providence |
| | City Solicitor's Office |
| | 444 Westminster Street, Suite 220 |
| | Providence, RI  02903 |
| | (401) 680-5333 |
| | (401) 680-5520 (fax) |

DATED:  November 5, 2019

Certificate of Service

I hereby certify that on this 5th day of November, 2019, I filed this document electronically and that it is available for viewing and downloading from the ECF system.

                                                                    /s/ Steven B. Nelson