## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PROVIDENCE YOUTH STUDENT | : | |
| MOVEMENT (PrYSM) | : | C.A. 1:19-cv-00378-WES-PAS |
| *Plaintiff,* | : | |
| | : | |
| V. | : | |
| | : | |
| JORGE ELORZA, alias, in his indivudal and | : | |
| official capacity as Mayor of Providence, | : | |
| STEVEN PARÉ, in his individual and official | : | |
| capacity as Public Safety Commissioner, | : | |
| HUGH CLEMENTS, alias, in his individual | : | |
| and official capacity as Chief of Police, and | : | |
| the CITY OF PROVIDENCE, by and through | : | |
| its Treasurer James Lombardi, III | : | |
| *Defendants* | | |

## DISMISSAL STIPULATION OF ALL CLAIMS

It is hereby stipulated and agreed to by all parties to the above-captioned civil action that said action be dismissed with prejudice pursuant to the terms outlined in the Consent Order (ECF 13) ordered by this Court on March 10, 2010, with no costs to either party beyond what is set forth in that Order.


PLAINTIFF
Providence Youth Student Movement
By its Attorney:


/s/ Shannah Kurland
Shannah Kurland, Esq. R.I. Bar #9186
149 Lenox Avenue
Providence, RI 02907
Tel.  (401)439-0518
skurland.esq@gmail.com

DEFENDANTS
City of Providence, Jorge Elorza,
Steven Paré, Hugh Clements
By their Attorneys:


/s/ Jeff Dana
Jeff Dana, Esq., City Solicitor

/s/ Steven B. Nelson
Steven B. Nelson, Esq. Sr. Asst. City Solicitor
444 Westminster St., Suite 220

Providence, RI 02903
snelson@providenceri.gov

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that I have filed the within motion with the United States District Court this 10th day of March, 2020 that a copy is available for viewing and downloading via the ECF system to the following attorneys of record for Defendants:

Steven B. Nelson, Esq.
snelson@providenceri.gov

<u>/s/ Shannah Kurland</u> _____